KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for FRANK ROSATO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>              Plaintiff,<br>   v.<br><br>FRANK ROSATO<br>              Defendant.<br>_____ | ) No.: 12-CR-00174 LHK<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER TO CONTINUE STATUS<br>) HEARING AND EXCLUDE TIME<br>) UNDER THE SPEEDY TRIAL<br>) ACT, 18 USC §3161<br>)<br>) Date: 7-25-12<br>) Time: 9:00 a.m.<br>) Judge: Hon. Lucy H. Koh |

It is hereby stipulated between the parties, Matthew Lamberti, Assistant United States Attorney, Kelly Babineau, attorney for defendant Frank Rosato, that the date of June 27, 2012, should be continued until July 25, 2012.  The continuance is necessary for attorney preparation and to resolve issues for a fair disposition of this matter.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new date of July 25, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and §3161(h)(7)(B), that the interests of justice in granting this continuance outweigh the

-1-

defendant's and the public's interests in a speedy trial inasmuch as the parties need additional time for effective preparation and to resolve issues for a fair disposition of this matter.

Dated: June 25, 2012                                Respectfully submitted,

/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Frank Rosato

Dated: June 25, 2012                                /s/ Matthew Lamberti
Kelly Babineau for:
MATTHEW LAMBERTI
Assistant U.S. Attorney

KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for FRANK ROSATO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

THE UNITED STATES OF AMERICA,   ) No.: 12-CR-00174 LHK
        Plaintiff,                             )
                                               ) [~~PROPOSED~~] ORDER
  v.                                     )
                                               )
ALLA SAMCHUK                           )
                                               )
                                               ) Date: 7-25-12
        Defendant.                             ) Time: 9:00 a.m.
_____) Judge: Hon. Lucy H. Koh

    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that PURSUANT TO Title 18, United States Code, Section 3161(h)(7)(A), considering the factors set forth in Section 3161(h)(7)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interest in a speedy trial inasmuch as the parties need additional time for effective preparation and to resolve issued for a fair disposition in this matter.

    IT IS HEREBY ORDERED that this case is continued to July 25, 2012 at 9:00 a.m. before Judge Lucy H. Koh for possible change of plea.

IT IS FURTHER ORDERED that the period of time from June 27, 2012 through and including July 25, 2012 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §3161, *et. seq.*

Dated: __6/26/12__

_____
LUCY H. KOH
United States District Court Judge